UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Juan Raymond Perez,  )<br>      Petitioner,  )<br>                       )<br>      v.  )<br>                       )<br>Alberto Gonzales, Et Al.,  )<br>      Respondents.  ) | CIVIL ACTION NO. 05-10895-DPW |

ORDER FOR TRANSFER OF PETITION
PURSUANT TO THE REAL ID ACT OF 2005

June 21, 2005

Woodlock, U.S.D.J.

In accordance with the Court's electronic Order on June 20, 2005 allowing the Respondents motion to transfer this habeas petition under 28 U.S.C. § 2241 to the First Circuit Court of Appeals, pursuant to Section 106(c) of the REAL ID Act of 2005, it is hereby ORDERED that the clerk shall transfer this petition forthwith to the First Circuit Court of Appeals.

It is FURTHER ORDERED that this action shall be administratively closed in this District.

BY THE COURT,

/s/ Michelle Rynne
Deputy Clerk