## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10895

Juan Raymond Perez

v.

Alberto Gonzales

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I ( order transferring petition to the First Circuit Court of Appeals) are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/21/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 7, 2005.

Sarah A Thornton, Clerk of Court

By: /s/ Jeanette Ramos

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7/8/05 .

/s/ Barchard

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

CLOSED, HABEAS

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10895-DPW

Perez v. Gonzales et al
Assigned to: Judge Douglas P. Woodlock
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 05/02/2005
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Juan Raymond Perez**　　represented by　**Chris Tadros**
Tapalian & Tadros, PC
128 Dorrance Street
Suite 600C
Providence, RI 02903
401-272-0011
Fax: 401-223-0044
Email: ctadros@tntlawri.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randy Olen**
55 Bradford Street
Suite 203
Providence, RI 02903
401-274-1400
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Alberto Gonzales**  represented by  **Anton P. Giedt**
*Attorney General*                    United States Attorney's Office
                                      John Joseph Moakley Federal Courthouse
                                      1 Courthouse Way
                                      Suite 9200
                                      Boston, MA 02210
                                      617-748-3309
                                      Fax: 617-748-3971
                                      Email: anton.giedt@usdoj.gov
                                      *LEAD ATTORNEY*

**Respondent**

**Michael Chertoff**  represented by  **Anton P. Giedt**
*Secretary of Department of*          (See above for address)
*Homeland Security*                   *LEAD ATTORNEY*

**Respondent**

**Michael J. Garcia**  represented by  **Anton P. Giedt**
*Acting Secretary*                     (See above for address)
                                       *LEAD ATTORNEY*

**Respondent**

**Bruce Chadbourne**  represented by  **Anton P. Giedt**
*Interim Field Office Director*        (See above for address)
                                       *LEAD ATTORNEY*

**Respondent**

**Bureau of Immigration and**  represented by  **Anton P. Giedt**
**Customs Enforcement**                         (See above for address)
                                                *LEAD ATTORNEY*

                                                **Frank Crowley**
                                                Immigration and Customs Enforcement, Dept. of

Homeland Secur
PO Box 8728
JFK Station
Boston, MA 02114
617-565-2415
Email: Frank.Crowley@dhs.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/02/2005 | 1 | PETITION for Writ of Habeas Corpus (2241) $ 5, receipt number 63914, filed by Juan Raymond Perez. (Attachments: # 1 Exhibits# 2 Cover Sheet)(Nici, Richard) (Entered: 05/03/2005) |
| 05/02/2005 |   | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Nici, Richard) (Entered: 05/03/2005) |
| 05/02/2005 | 2 | Judge Douglas P. Woodlock : ORDER entered. SERVICE ORDER re 2241 Petition. Order entered pursuant to R.4 of the Rules governing Section 2241 cases for service on respondents. Dispositive motion/responsive pleading due w/in 15 days of rcpt of this order, by 5/17/05.(Rynne, Michelle) (Entered: 05/03/2005) |
| 05/17/2005 | 3 | MOTION to Transfer Case *First Circuit Court of Appeals* by Alberto Gonzales, Michael Chertoff, Michael J. Garcia, Bruce Chadbourne, Bureau of Immigration and Customs Enforcement. (Attachments: # 1 Exhibit New Legislation)(Giedt, Anton) (Entered: 05/17/2005) |

| 06/02/2005 | ●4 | Assented-to MOTION for Extension of Time to June 15, 2005 to File Response/Reply as to 3 MOTION to Transfer Case *First Circuit Court of Appeals* by Juan Raymond Perez.(Nici, Richard) (Entered: 06/03/2005) |
|---|---|---|
| 06/14/2005 | ● | Judge Douglas P. Woodlock : Electronic ORDER entered granting 4 Motion for Extension of Time to File Response/Reply re 3 MOTION to Transfer Case *First Circuit Court of Appeals*. Responses due by 6/15/2005 (Rynne, Michelle) (Entered: 06/14/2005) |
| 06/21/2005 | ● | Judge Douglas P. Woodlock : Electronic ORDER entered granting 3 Motion to Transfer Case, the motion appearing well founded in its contention that as a result of the Real ID Act of 2005, this court may no longer exercise jurisdiction over a case such as this and there having been filed no timely opposition to that contention, despite an extension of time within which to do so. (Woodlock, Douglas) (Entered: 06/21/2005) |
| 06/21/2005 | ●5 | Judge Douglas P. Woodlock : ORDER entered. ORDER FOR TRANSFER OF PETITION TO FIRST CIRCUIT COURT OF APPEALSPURSUANT TO THE REAL ID ACT OF 2005.(Rynne, Michelle) (Entered: 06/21/2005) |